UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY | : | CIVIL ACTION NO. 3:02 CV1566 (MRK) |
| Plaintiff | : | |
| V. | : | |
| PHILIP L. CAOUETTE and KIMBERLY CAOUETTE | : | |
| Defendants | : | OCTOBER 24, 2003 |

## CONSENTED MOTION FOR ENLARGEMENT OF TIME

The undersigned, on behalf of the plaintiff in the above-captioned matter, respectfully requests this Court for an enlargement of time of sixty days from September 30, 2003, up to and including November 30, 2003, in which to file a dispositive motion. This is the plaintiff's first request for an enlargement of time of the dispositive motion deadline. Good cause exists for the granting of this motion because the plaintiff recently received discovery responses from a non-party pursuant to discovery requests the plaintiff served under a subpoena prior to September 4, 2003. The plaintiff respectfully submits that the parties require additional time to evaluate the information and documents previously requested in order to determine whether this case is appropriate for resolution by way of a dispositive motion. The plaintiff presently is not requesting an extension of any other deadline. Counsel for the plaintiff has spoken to

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN
& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

counsel for the defendants, David S. Rintoul, and Attorney Rintoul has no objection to this requested enlargement of time.

THE PLAINTIFF,
AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY

By
Stephen H. Broer
Fed. Bar #ct21637
Daniel P. Scapellati
Fed. Bar #ct03855
HALLORAN & SAGE LLP
25 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 24th day of October, 2003, a copy of the foregoing Motion for Enlargement of Time was mailed, postage-paid, to:

David S. Rintoul, Esq.
Brown Paindiris & Scott LLP
2252 Main Street
Glastonbury, CT 06033

Stephen H. Broer

478623.1(HSFP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105