## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY : | |
| AND CASUALTY COMPANY : | |
| : | No. 3:02CV1566(MRK) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| PHILIP L. CAOUETTE and : | |
| KIMBERLY CAOUETTE : | |
| : | |
| Defendants. : | |

## **ORDER**

Plaintiff's Consented Motion For Enlargement Of Time to file a dispositive motion (Doc. #23), dated October 24, 2003, is hereby GRANTED.  ALL OTHER DEADLINES REMAIN UNCHANGED.

A TELEPHONIC STATUS CONFERENCE WILL BE HELD ON DECEMBER 19, 2003, at 9:30 a.m.  Plaintiff's counsel will initiate the conference call.  The parties will submit a joint status report (instructions attached) to Chambers no later than December 12, 2003.

IT IS SO ORDERED:


/s/      Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, CT: October 30, 2003

RE:     **CASE NO. 3:02cv1566 (MRK)**
------------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**


------------------------------------------------------------------

On or before **December 12, 2003,**

THE PARTIES SHALL SUBMIT TO THE CHAMBERS OF THE HONORABLE MARK R. KRAVITZ[with certification copies sent to all counsel of record] AN ORIGINAL STATUS REPORT, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.


                                      BY ORDER OF THE COURT
                                      KEVIN F. ROWE, CLERK