FILED
DEC 1  8 58 AM '03
U.S. DISTRICT COURT
NEW HAVEN CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY | : | CIVIL ACTION NO. 3:02 CV1566 (MRK) |
| Plaintiff | : | |
| V. | : | |
| PHILIP L. CAOUETTE and KIMBERLY CAOUETTE | : | |
| Defendants | : | NOVEMBER 26, 2003 |

**CONSENTED MOTION FOR ENLARGEMENT OF TIME**

The undersigned, on behalf of the plaintiff in the above-captioned matter, respectfully requests this Court for an enlargement of time of ten days from November 30, 2003, up to and including December 10, 2003, in which to file a dispositive motion. This is the plaintiff's second request for an enlargement of time of the dispositive motion deadline. Good cause exists for the granting of this motion because the plaintiff's counsel is continuing his review of discovery responses received from a non-party pursuant to a subpoena. The plaintiff respectfully submits that it requires a small amount of additional time to evaluate the information and documents previously requested in order to determine whether this case is appropriate for resolution by way of a dispositive motion. The plaintiff is not requesting an extension of any other deadline.

Counsel for the plaintiff contacted counsel for the defendants, Ronald Scott, and Attorney Scott does not object to this requested enlargement of time.

THE PLAINTIFF,
AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY

By _____
Stephen H. Broer
Fed. Bar #ct21637
Daniel P. Scapellati
Fed. Bar #ct03855
HALLORAN & SAGE LLP
25 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 26th day of November, 2003, a copy of the foregoing Motion for Enlargement of Time was mailed, postage-paid, to:

David S. Rintoul, Esq.
Brown Paindiris & Scott LLP
2252 Main Street
Glastonbury, CT 06033

_____
Stephen H. Broer

489783.1(HSFP)