## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMERICAN NATIONAL PROPERTY | : | |
| AND CASUALTY COMPANY | : | |
| | : | No. 3:02CV1566(MRK) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| PHILIP L. CAOUETTE and | : | |
| KIMBERLY CAOUETTE | : | |
| | : | |
| Defendants. | : | |

### ORDER

Plaintiff's Consented Motion For Enlargement Of Time to file a dispositive motion (Doc. #25), dated November 26, 2003, is hereby GRANTED to December 10, 2003. The parties should not expect any further extensions to this deadline.

IT IS SO ORDERED:

/s/      Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, CT: December 4, 2003.