## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

AMERICAN NATIONAL PROPERTY    :    CIVIL ACTION
AND CASUALTY COMPANY        :    NO. 302CV1566 (MRK)

          Plaintiff    :

VS.    :

PHILIP L. CAOUETTE; and KIMBERLY    :
CAOUETTE,    :

          Defendants    :    DECEMBER 10, 2003

### MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56 (a) (1), the plaintiff, American National Property and Casualty Company ("ANPAC"), hereby moves for summary judgment as to its Complaint dated September 4, 2002.

This is a declaratory judgment action involving an automobile liability insurance policy bearing policy number 22-A-J21-113-5 (the "Policy") ANPAC issued to the defendants, Philip L. Caouette and Kimberly Caouette.  The defendants cancelled the Policy effective October 6, 1998.  Accordingly, ANPAC moves for summary judgment on the basis that as a matter of law, the insurance coverage provided under the Policy does not apply to any claims asserted by anyone in connection with an automobile accident alleged to have occurred on October 9, 1998 (the "Accident") and,

**ORAL ARGUMENT REQUESTED**

1

therefore, the defendant, Philip Caouette, is not entitled to recover underinsured motorist benefits under the Policy in connection with the Accident.

A supporting Memorandum of Law as required by Local Rule 56 (a) (4), as well as a Statement of Material Facts as required by Local Rule 56 (a) (1), accompanies this Motion. In addition, the plaintiff's Motion is accompanied and supported by documentary evidence.

PLAINTIFF,
AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY

By _____ Date: 12/10/03
Stephen H. Broer
HALLORAN & SAGE LLP
Fed. Bar #ct21637
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 10th day of December, 2003, a copy of the foregoing Joint Mediation Report was mailed, postage-paid to:

David S. Rintoul, Esq.
Brown Paindiris & Scott LLP
2252 Main Street
Glastonbury, CT 06033

_____
Stephen H. Broer

492816.1(HSFP)

2