UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Friday December 19, 2003
9:30 a.m.

CASE NO. 3:02cv1566    American Natl Prop v. Caouette, et al

Stephen H. Broer
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

David Skinner Rintoul
Brown, Paindiris & Scott
2252 Main St.
Glastonbury, CT 06033

Daniel P. Scapellati
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

**STATUS CONFERENCE HELD**

DATE: 12/19/03

20 min.

Ronald T. Scott
Brown, Paindiris & Scott
100 Pearl St.
Suite 1100
Hartford, CT 06103

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK