UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY | : | CIVIL ACTION NO. 302CV1566 (MRK) |
| Plaintiff | : | |
| VS. | : | |
| PHILIP L. CAOUETTE; and KIMBERLY CAOUETTE, | : | |
| Defendants | : | DECEMBER 12, 2003 |

## JOINT STATUS REPORT

In compliance with this Court's Order Re: Status dated October 30, 2003, the parties hereby submit this Joint Status Report.

### A.  Status of Case

This declaratory judgment action arises from an automobile accident, and subsequent claim by the defendants for underinsured motorist coverage under an automobile liability policy issued by American National Property and Casualty Company to Philip L. Caouette and Kimberly Caouette. The plaintiff contends that the defendants cancelled the subject policy prior to the date of the subject accident. The plaintiff seeks declaratory relief with respect to its contractual obligations to provide underinsured motorist coverage in connection with the subject accident. This litigation has no relationship to other pending actions.

Discovery is complete. The plaintiff filed a Motion for Summary Judgment on December 10, 2003, which motion is pending.

## B. Status of Case

The parties discussed settlement in good faith, but given the issue of coverage, a settlement is not possible at this time. A settlement conference was conducted in this case on March 20, 2003 by The Honorable Donna F. Martinez. The conference was quickly suspended to allow the plaintiff to evaluate and pursue, through discovery, certain factual contentions of the defendants that had not been revealed to the plaintiff prior to the conference. The parties are still conferring with their clients to determine whether a settlement conference would be beneficial.

## C. Trial Before Magistrate

The parties presently do not consent to a trial before a magistrate judge.

## D. Length of Trial

The parties anticipate that the length of trial will be one day.

**PLAINTIFF,**
**AMERICAN NATIONAL PROPERTY**
**AND CASUALTY COMPANY**

By _[signature]_   Date: 12/12/03
Stephen H. Broer
HALLORAN & SAGE LLP
Fed. Bar #ct21637
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

2

**DEFENDANTS,
PHILIP L. CAOUETTE and
KIMBERLY CAOUETTE**

By _____ Date: 12/12/02
David S. Rintoul
Brown Paindiris & Scott LLP
Fed. Bar #ct08456
2252 Main Street
Glastonbury, CT 06033
(860) 659-0700

3

## CERTIFICATION

This is to certify that on this 12th day of December, 2003, a copy of the foregoing Joint Mediation Report was mailed, postage-paid to:

David S. Rintoul, Esq.
Brown Paindiris & Scott LLP
2252 Main Street
Glastonbury, CT 06033

_____
Stephen H. Broer

494188.1(HSFP)

4