UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
MAR 8  3 54 PM '04
U.S DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY | : : : |
| Plaintiff, | : : |
| v. | : : |
| PHILIP L. CAOUETTE and KIMBERLY CAOUETTE | : : : |
| Defendants. | : |

No. 3:02CV1566 (MRK)

### ORDER

A one-day non-jury trial will be held in the above-captioned case on Tuesday, **April 13, 2004**, commencing at **9:30 a.m.** in the third-floor Courtroom (#4) of the U.S. Courthouse, 141 Church Street, New Haven, CT.

IT IS SO ORDERED:

Mark R. Kravitz, U.S.D.J.

Dated at New Haven, CT: March 8, 2004