UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pretrial Conference Calendar

Honorable Mark R. Kravitz, U. S .D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday April 7, 2004

4:30 p.m.

PARTIES SHOULD BE PREPARED TO DISCUSS READINESS FOR TRIAL, TRIAL DATE, ANY REMAINING ISSUES THAT NEED TO BE RESOLVED, PROSPECTS FOR SETTLEMENT AND ANY OTHER INFORMATION REQUIRED BY THE STANDING ORDER REGARDING TRIAL MEMORANDA IN CIVIL CASES.

* THE TRIAL ATTORNEY MUST BE PRESENT AT THE PRETRIAL CONFERENCE *

CASE NO. **3:02cv1566 MRK (MRK)**    **American Nat'l Prop v. Caouette**

Stephen H. Broer
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-522-6103

STATUS CONFERENCE HELD
DATE: 4/7/04
10 min

David Skinner Rintoul
Brown, Paindiris & Scott
2252 Main St.
Glastonbury, CT 06033
860-659-0700

Daniel P. Scapellati
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-247-4622

Ronald T. Scott
Brown, Paindiris & Scott
100 Pearl St.
Suite 1100
Hartford, CT 06103
860-522-3343

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK