CT/cvtrial (October 17, 2001)

HONORABLE **Mark R. Kravitz**
DEPUTY CLERK **K. Ghilardi**   RPTR/ERO/TAPE **Thea**

TOTAL TIME: **5** hours **0** minutes

DATE **4/13/04**   START TIME **9:40**   END TIME **4:00 pm**
LUNCH RECESS FROM **12:56 pm** TO **1:50 pm**
RECESS FROM ~~12:56 pm~~ TO ~~1:50 pm~~   (if more than 1/2 hour)

**American Nat'l Prop**

CIVIL NO. **3:02cv1566mRK**   **Daniel P. Scapellati**
**Stephen H. Broer**
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL
**David Skinner Rintoul**
Defendants Counsel

**Caouette, et al**

## CIVIL JURY/COURT TRIAL

☐ Jury of _____ report (see attached) ☐ Jury sworn
☐ (jytrl./h) Jury Trial held   ☐ (jytrl./set) Jury Trial continued until _____ at _____
☑ (ctrl./h) Court Trial held   ☑ (ctrl./set) Court Trial continued until **4/20/04** at **2:00 pm**
☐ ctrlconc . Court Trial concluded  ☐ DECISION RESERVED  ☐ SEE reverse for verdict

☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ filed ☐ docketed (×7)

☑ ☑ Plaintiff(s) rests  ☑ Defense rests
Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ Summation held  ☐ Court's Charge to the Jury
All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
Jury commences deliberations at _____
Court orders Jury to be fed at Govt. expense (see attached bill)
SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)