AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

American Nat'l Prop _____ DISTRICT OF _Connecticut_

v.

Caouette, et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:02cv1566mrk

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | Daniel P. Scapellati | David Skinner Rintoul |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/13/04 | Thea Finkelstein | K. Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 4/13/04 | | | Timothy Barnes |
| ✓ | | 4/13/04 | | | Kirby McKenzie |
| | ✓ | 4/13/04 | | | Kimberly Caouette |
| | ✓ | 4/13/04 | | | Philip L. Caouette |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

*Defendants Exhibits all made full exhibits on this Day 4/13/04*

### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMERICAN NATIONAL PROPERTY, | : | CIVIL ACTION |
| AND CASUALTY COMPANY | | |
| PLAINTIFF, | : | NO. 302CV1566 (MRK) |
| V | : | |
| PHILIP L. CAOUETTE; AND KIMBERLY | : | |
| CAOUETTE | | |
| DEFENDANTS. | : | APRIL 12, 2004 |

### DEFENDANT'S EXHIBIT LIST

The Exhibits that Defendants have introduced into evidence are are as follows:

501   Premium notices with a due date of 1-16-98, with post-it note directing Philip Caouette to fax it to Ed Lewis.

502   Expense account records of Philip Caouette.

503   Allstate Policy Declarations from the Ed Lewis Agency to Kimberly E and Philip L. Caouette, with a "Information as of October 7, 1998" notation.

504   Cancellation notice, with added notation "S/B 10/16/98."

505   Allstate Temporary Insurance Card with an effective date of 1-16-98.

506   Evidence of Homeowner's Insurance dated October 5, 1998 and faxed October 6, 1998.

507   March 20, 2001 letter from ANPAC to Ronald Scott.

508   Records of ANPAC's payment of Personal Injury Payments.

509   Checks dated November 4, 1998 for $3,361.88 and October 29, 1998 for $6,207.50 representing property damage claims paid by plaintiff.

DEFENDANTS

By: _____
David S. Rintoul (ct#08465)
BROWN, PAINDIRIS & SCOTT
2252 Main Street
Glastonbury, CT 06033
(860) 659-0700

### Certification

The undersigned certifies that on April 12, 2004, he hand delivered a copy of the foregoing on April 12, 2004 to:

Stephen Broer
Halloran & Sage LLP
One Goodwin Square
225 Asylum Avenue
Hartford CT 06103

_____
David S. Rintoul

*American*
*Caouette, et al*
*3:02cv1566(mRK)*
~~2. Defendant's Trial Brief~~

*Plaintiff Exhibits*
*All made full exhibit*
*on this Day 4/13/04*

**G.   Exhibits**

  **A.   Plaintiff**

  1. Certified copy of policy no. 22-A-J21-113-5

  2. One-page Cancellation Notice (stamped 0094)

  3. Defendants' Answer and Special Defenses, dated January 3, 2003.

  4. Two-page letter from Attorney Rintoul to Attorney Broer dated March 19, 2003.

  5. Defendants' damage analysis, dated September 30, 2003.

  6. One-page underwriting log (stamped 0091).

  7. One-page Notice of Proposed Revocation of Vehicle License from the Minnesota Department of Public Safety Driver and Vehicle Services Division No-Fault Compliance Office (stamped 0090).

  8. Activity Log, 10/10/98 – 10/12/98 (stamped 0038).

  9. One page correspondence from Attorney Scott to Linda Herron, dated October 15, 1999 (stamped 0057).

  10. Allstate automobile insurance policy.

  11. One-page correspondence from Ed Lewis to the defendants dated October 27, 1998.

  12. Two-page Allstate automobile insurance identification card for policy no. 0 25 333499 10-16.

  13. Four-page Allstate Insurance Company auto policy declarations, reflecting information concerning the defendants' Policy Number 025333499 as of October 27, 1998.

  14. One-page premium refund check in the amount of $85.00, dated 10/12/98 (stamped 0114).

  15. Twenty-two pages of Policy histories, dated various dates between January 12, 1998 to November 30, 1998 (stamped 0115 to 0137).

16. Sixteen-page subpoena served upon the Allstate Insurance Company, dated August 29, 2003, including Return of Service.

17. One-page correspondence from Jack Donahue to Attorney Broer discussing Allstate Insurance Company's compliance with subpoena.

18. Two-page Statement of Account for the defendants' Policy Number 025329554.

19. Four-page Statement of Account for the defendants' Policy Number 025333499.

20. Seven-page correspondence from Allstate Customer Service to the defendants reflecting information concerning the defendants' Policy Number 025329554 as of October 12, 1998.

21. Twelve-page correspondence from Allstate Customer Service to the defendants reflecting information concerning the defendants' Policy Number 025329554 as of October 23, 1998.

22. Eleven-page correspondence from Allstate Customer Service to the defendants reflecting information concerning the defendants' Policy Number 025329554 as of October 27, 1998.

23. Thirty-five-page correspondence from Ed Lewis to the defendants reflecting information concerning the defendants' Policy Number 025333499 as of October 27, 1998.

24. Seven-page correspondence from Ed Lewis to the defendants reflecting information concerning the defendants' Policy Number 025333499 as of October 29, 1998.

25. Five-page correspondence from Ed Lewis to the defendants reflecting information concerning the defendants' Policy Number 025333499 as of November 3, 1998.

26  Seven-page correspondence from Allstate Customer Service to the defendants reflecting information concerning the defendants' Policy Number 025333499 as of November 5, 1998.

27. One-page premium refund check dated November 3, 1997.

28. Check stub Statement