HONORABLE M.R. Kravitz  (CTcvtrial (10/23/98))
DEPUTY CLERK M. Riocco   RPTR/ERO/TAPE T. Fahrbach

TOTAL TIME: 2 hours 10 minutes

DATE 4/20/04   START TIME 2:05   END TIME 4:15
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

American Nat'l Prop

CIVIL NO. 3:02CV1566 MRK

Daniel P. Scapellati
Stephen H. Broer
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Caouette, et al

David S. Rintoul
Defendants Counsel

## CIVIL JURY/COURT TRIAL

☐ Jury of ___ report (see attached) ☐ Jury sworn
☐ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until _____ at _____
☒ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
☒ ctrlconc — Court Trial concluded ☒ DECISION RESERVED ☐ SEE reverse for verdict
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ # Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm Oral motion _____ ☐ granted ☐ denied ☐ advisement

☐ Plaintiff(s) rests  ☐ Defense rests
☒ Supplemental Memb   ☐ Brief due: ☐ Pltf 4/21/04  Deft 4/22/04  Reply _____
☐ Summation held  ☐ Court's Charge to the Jury
☐ All full exhibits.  ☐ Verdict Form handed to the jury  ☐ Interrogatories to the Jury handed to the jury
☐ Jury commences deliberations at _____
☐ Court orders Jury to be fed at Govt. expense (see attached bill)
☐ SEE ☐ reverse ☐ attached

☐ COPY TO JURY CLERK (JURY TRIALS ONLY)