UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY | : : : | |
| Plaintiff, | : : : | No. 3:02CV1566 (MRK) |
| v. | : : | |
| PHILIP L. CAOUETTE and KIMBERLY CAOUETTE | : : : | |
| Defendants. | : : | |

## ORDER

For the reasons stated on the record at the telephonic conference between the Court and the parties on April 23, 2004, the Court declares that there is uninsured/underinsured motorist coverage for the Defendants under the ANPAC Policy for the October 9, 1998 accident. Judgment shall enter in favor of Defendants and the Clerk is directed to close this file.

IT IS SO ORDERED:

/s/        Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, CT: April 23, 2004