UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY | : : : | |
| Plaintiff, | : : | No. 3:02CV1566(MRK) |
| v. | : : | |
| PHILIP L. CAOUETTE and KIMBERLY CAOUETTE | : : : | |
| Defendants. | : | |

## JUDGMENT

This matter came on for court trial before the Honorable Mark R. Kravitz, United States District Judge. On April 23, 2004 an Order entered finding for the defendants and directing the clerk to enter judgment.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the defendants, Philip L. Caouette, and Kimberly Caouette, and the case is closed.

Dated at New Haven, Connecticut this 26TH day of April 2004.

KEVIN F. ROWE, Clerk
By
/s/ Kenneth R. Ghilardi
Kenneth R. Ghilardi
Deputy Clerk

EOD : _____